UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MANCIL WALLACE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CAUSE NO. 3:06-CV-741 JTM |
| ) | |
| WALTER E. MARTIN, ) | |
| ) | |
| Respondent. ) | |

OPINION AND ORDER

Mancil Wallace, a *pro se* prisoner, filed a petition seeking relief under 28 U.S.C. §2254. In accordance with the Seventh Circuit's March 15, 2007 mandate, this case is now **DISMISSED** for lack of jurisdiction.

SO ORDERED.

ENTERED:   June 22, 2007

                              s/James T. Moody
                              James T. Moody, Judge
                              United State District Court

1